

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Case No. |
| ALVIN TAYLOR            (01)<br>WILLIAM MCGLOTHLIN  (02)<br>JOSEPH EANES            (03) | 4-22CR-035-Y |

### INDICTMENT

The Grand Jury Charges:

#### Count One

Conspiracy to Possess with Intent to Distribute a Controlled Substance
(Violation of 21 U.S.C. § 846)

Beginning in or before October 2020, and continuing until in and around May 2021, in the Fort Worth Division of the Northern District of Texas, and elsewhere, defendants **Alvin Taylor, William McGlothlin,** and **Joseph Eanes**, along with others known and unknown, did knowingly and intentionally combine, conspire, confederate, and agree to engage in conduct in violation of 21 U.S.C §§ 841(a)(1) and (b)(1)(A), namely to possess with intent to distribute 500 grams or more of mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

Indictment - Page 1

In violation of 21 U.S.C. § 846 (21 U.S.C. §§ 841(a)(1) and (b)(1)(A)).

A TRUE BILL.

_____
FOREPERSON

CHAD E. MEACHAM
UNITED STATES ATTORNEY

_____
SHAWN SMITH
Assistant United States Attorney
Texas State Bar No. 24033206
801 Cherry Street, Suite 1700
Fort Worth, Texas 76102
Telephone: 817.252.5200
Facsimile: 817.252.5455

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

---

THE UNITED STATES OF AMERICA

v.

ALVIN TAYLOR (01)
WILLIAM MCGLOTHLIN (02)
JOSEPH EANES (03)

---

INDICTMENT

21 U.S.C. § 846 (21 U.S.C. §§ 841(a)(1) and (b)(1)(A))
Conspiracy to Possess with Intent to Distribute a Controlled Substance
Count 1

---

A true bill rendered

FORT WORTH                                                            FOREPERSON

Filed in open court this 9th day of February, 2022.

---

**Defendants Taylor (01) and Eanes (03) in Federal Custody since December 6, 2021.**
**Defendants McGlothlin (02) in Federal Custody since December 8, 2021.**

---

UNITED STATES MAGISTRATE JUDGE
Magistrate Court Number: 4:21-MJ-791-BP