MO-1 (3/07)

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
Fort Worth   DIVISION

| | |
|---|---|
| HONORABLE   Terry R. Means   PRESIDING | COURT REPORTER/TAPE:   Debbie Saenz |
| DEPUTY CLERK   Michelle Moon | USPO   Angela French |
| LAW CLERK | INTERPRETER |

CR. No.   4:22-CR-035-Y                    DEFT. No.   (2)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | Shawn Smith,          AUSA |
| | § | |
| v. | § | |
| | § | |
| WILLIAM MCGLOTHLIN | § | Cody L. Cofer, (A) |
| Defendant's Name | | Counsel for Deft.  Appt-(A), Retd-(R), FPD-(F) |

## SENTENCING

Date Held:   10-11-22

Hearing Type:   ☐ Sentencing Hearing - Contested ☒ Sentencing Hearing - Non-Evidentiary

Time in Court:   22 mins.

Trial Status:   ☐ Completed by Jury Verdict ☐ Continued from Previous Month ☐ Directed Verdict ☐ Evidence Entered
☐ Hung Jury ☐ Jury Selection Only, continued ☐ Jury Selection or Verdict Only (No Trial Before this Judge)
☐ Mistrial ☒ Settled/Guilty Plea ☐ None

Days in Trial:

Hearing Concluded: ☒ Yes ☐ No

☒ Sentencing held. ☐ Objections to PSI heard. ☒ Plea agreement accepted. ☐ Plea agreement NOT accepted.
☐ Sentencing Guidelines ☐ Departs Upward ☐ Departs Downward

### SENTENCING TEXT:

☐ .. Deft. placed on: Probation for _____ .

☒ .. Deft. committed to custody of the AG/BOP to be imprisoned for a TOTAL term of   120 months* .

☒ .. Deft. placed on: Supervised Released for   5 years .

☐ .. Restitution ordered in the amount of $_____ and/or Fine imposed in the amount of $_____ .

☐ .. Count(s) _____ dismissed on government's motion.

☐ .. Order dismissing original Indictment/Information to be entered upon government's written motion.

☒ .. $ 100.00   special assessment on Count(s)   1
of ☐ Complaint ☒ Indictment ☐ Information ☐ Superseding Indictment ☐ Superseding Information.

☐ ...... Deft ordered to surrender to the designated institution on _____ .

☐ ...... Deft failed to appear, bench warrant to issue.

☐ ...... Bond ☐ continued ☐ revoked

☒ ...... Deft Advised of his right to appeal.

☐ ...... Deft requests Clerk to enter notice of Appeal.

☐ ...... Deft Custody/Detention continued.

☒ ...... Deft REMANDED to custody.   Court recommends incarceration at _____ .

**FILED**

**October 11, 2022**

KAREN MITCHELL

CLERK, U.S. DISTRICT COURT

OTHER PROCEEDINGS/INFORMATION:   *to run consecutively to any future sentence that may be imposed in case nos.

1701467 and 1701469 in Tarrant County Criminal District Court No. 3 and in the pending state parole revocation hearing in case

nos. F-1833850, F-1833851, and F-1833852 in Dallas County Criminal District Court No. 5, Dallas County, Texas.