U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
OCT 20 2022
CLERK, U.S. DISTRICT COURT
By_____
       Deputy

10/13   To Whom It Concerns:

Hi, Is there anyway I can get you to please send me my "Court Docket" - I need my Docket for "Personal Records".

Also, would my "Statement of Reasons" be something else you could send my way?

Thanks again for your time spent concerning this matter?

William McGlothlen
#77600-509

MCGLOTHLEN, WILLIAM 77600-509
FMC F/W
P.O. Box 15330
Ft. Worth, TX

Attn: Federal Court Clerk
501 W. 10th
Ft. Worth, TX
76102

NORTH TEXAS TX P&DC
DALLAS TX 750
17 OCT 2022 PM 2 L

75102-963793

RECEIVED
OCT 20 2022
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS





# United States District Court
## Northern District of Texas

*Fort Worth Division*

October 20, 2022

William McGlothlin #77600-509
FMC Fort Worth
Federal Medical Center
P.O. Box 15330
Fort Worth, TX 76119

Re: Your correspondence received in the U.S. District Clerk's Office on October 20, 2022
Case No./Style: 4:22-cr-00035-Y-2

William McGlothlin,

Enclosed is a courtesy copy of your docket sheet. Copies of docket sheets and/or documents require a prepayment of the copy expense, currently $0.50 per page. Certification of copies is an additional $11.00 per document. Any future request for document production will require a prepayment of the copy fee. If you wish to receive any documents, please identify which one(s) so that we can send you a cost estimate.

The Clerk's Office is not authorized to provide the Statement of Reasons page in your judgment. However, the document may be available for you to view it in your unit; please contact your Bureau of Prisons counselor to make an appointment.

Sincerely,

Deputy Clerk - SAW